**SO ORDERED.**

**SIGNED this 18 day of June, 2014.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NORTH CAROLINA

GREENVILLE DIVISION

IN THE MATTER OF:                          CASE NO: 13-05783-8-RDD

DANIELLE FISH                             CHAPTER 13

DEBTOR

<u>ORDER</u>

This matter coming on to be heard before the above signed U.S. Bankruptcy Court Judge for the Eastern District of North Carolina on "Motion to Obtain Credit".

It is hereby Ordered, Adjudged and Decreed that the Motion shall be allowed. Debtor shall proceed in the process of refinancing her rental home in Michigan. Debtor is allowed to obtain credit in excess of $7500.00 to do so.

END OF ORDER